**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000591**
**06-NOV-2015**
**09:20 AM**

NO. CAAP-15-0000591

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KAALA ASSOCIATES, LLC, a Hawaii limited liability company,
Plaintiff/Counterclaim-Defendant-Appellant,
v.
STEVEN D. CHANG, Trustee of the Chang
2013 Gold Irrevocable Trust dated 8-1-13,
Defendant/Counterclaim Plaintiff-Appellee,
and
DR. ANGELA CHIN,
Additional Counterclaim Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10,
DOE PARTNERSHIPS 1-10, and DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1293-06)

ORDER APPROVING THE OCTOBER 12, 2015
STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation and Order for Dismissal with Prejudice of Appellant's Appeal Filed on August 20, 2015" filed on October 12, 2015, and the record, it appears that (1) Plaintiff/Counterclaim-Defendant-Appellant Kaala Associates, LLC, a Hawaii limited liability company and Defendant/Counterclaim Plaintiff-Appellee Steven D. Chang,

Trustee of the Chang 2013 Gold Irrevocable Trust dated 8-1-13 stipulate to dismiss Appeal No. CAAP-15-0000591; (2) the parties' attorneys have signed the stipulation; (3) the stipulation provides that the parties are to pay their own costs and attorney's fees; (4) the appeal has been docketed; (5) no payment of fees is due; and (6) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval of the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-15-0000591 is dismissed.

DATED: Honolulu, Hawai'i, November 6, 2015.

Presiding Judge

Associate Judge

Associate Judge

-2-